ORIGINAL

Richard J. Codding (Bar No. 128302)
Don F. Livornese (Bar No. 125934)
HOWREY & SIMON
550 South Hope Street
Los Angeles, California 90071-2627
Telephone: (213) 892-1800
Facsimile: (213) 892-2300

*Attorneys for Plaintiff/Counter Defendant
Ormco Corporation*

Alexander F. MacKinnon (Bar No. 146883)
KIRKLAND & ELLIS
777 South Figueroa Street
Los Angeles, California 90017
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

*Attorneys for Defendant/Counter-Plaintiff
3M Unitek Corporation*

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ORMCO CORPORATION,<br><br>　　　Plaintiff and<br>　　　Counter-Defendant,<br><br>　　v.<br><br>3M UNITEK CORPORATION,<br><br>　　　Defendant and<br>　　　Counter-Plaintiff.<br><br>AND RELATED COUNTERCLAIMS. | Case No. CV 97-0298 MMM (CWx)<br><br>Judge Margaret M. Morrow<br><br>**STIPULATED DISMISSAL WITH PREJUDICE** |



Docketed
Copies / NTC Sent
JS - 5 / JS - 6
JS - 2 / JS - 3
CLSD

AUG 01 2001

Plaintiff/Counter-Defendant Ormco Corporation ("Ormco") and Defendant/Counter-Plaintiff 3M Unitek Corporation ("3M"), through their respective counsel, hereby stipulate to the dismissal with prejudice of Ormco's Complaint herein pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. The parties also stipulate to the dismissal of 3M's Counterclaims herein pursuant to Rule 41(c) of the Federal Rules of Civil Procedure, and that 3M will have leave to refile such claims only in the event that a claim for relief is brought or threatened against 3M for alleged infringement of the '344 Patent and/or the '873 Patent. Each party shall bear its own costs and attorneys fees associated with this action.

*For Plaintiff / Counter-Defendant Ormco Corporation*

By: _/s/ Richard J. Codding_
John E. McDermott (Bar No. 51047)
Don F. Livornese (Bar No. 125934)
Richard J. Codding (Bar No. 128302)
HOWREY & SIMON
550 South Hope Street
Los Angeles, California 90071
Telephone: (213) 892-1800
Facsimile: (213) 892-2300

Michael V. Kell
Margaret A. Lynch
KELL & LYNCH
300 East Maple Road
Birmingham, Michigan 48009
Telephone: (248) 647-2333
Facsimile: (248) 647-2781

J. Robert Chambers
WOOD, HERRON & EVANS L.L.P.
2700 Carew Tower
441 Vine Street
Cincinnati, Ohio 45202
Telephone: (513) 241-2324
Facsimile: (513) 421-7269

Dated: July 30, 2001

*For Defendant / Counter-Plaintiff 3M Unitek Corporation*

By: _/s/ Alexander F. MacKinnon_
Alexander F. MacKinnon
(Bar No. 146883)
KIRKLAND & ELLIS
777 South Figueroa Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

William A. Streff, Jr.
Bruce O. Bradford
KIRKLAND & ELLIS
200 East Randolph Drive
Chicago, Illinois 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

Dated: July 30, 2001

2